UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JOSE LUIS LOPEZ,

        Plaintiff,

v.

US BANK NATIONAL ASSOCIATION; et al.,

        Defendants.

3:11-cv-0771-LRH-VPC

ORDER

    Before the court is defendant LSI Title Agency, Inc.'s ("LSI") motion to dismiss. Doc. #5.[1] Plaintiff Jose Luiz Lopez filed an opposition (Doc. #13) to which LSI replied (Doc. #12).

**I.    Facts and Procedural History**

    In December, 2006, Lopez purchased real property through a mortgage note and deed of trust originated by defendant Equifirst Corporation ("Equifirst"). Eventually, Lopez defaulted on the mortgage note and defendants initiated non-judicial foreclosure proceedings.

    Subsequently, Lopez filed a complaint in state court against defendants alleging three causes of action: (1) wrongful foreclosure; (2) declaratory relief; and (3) injunctive relief. Doc. #1, Exhibit 2. Thereafter, LSI filed the present motion to dismiss. Doc. #5.

///

---

[1] Refers to the court's docket entry number.

## II. Discussion

In its motion, LSI argues that plaintiff Lopez does not have standing to bring the present action because prior to filing the complaint, he filed for bankruptcy. *See* Doc. #5. The court agrees.

On July 29, 2011, Lopez initiated a chapter 7 bankruptcy action that is still ongoing. Once a bankruptcy action is initiated, only the chapter 7 trustee is authorized to take action on behalf of property in the bankruptcy estate. 11 U.S.C. § 704(a). Here, it is undisputed that the underlying property became property of the bankruptcy estate upon the filing of the bankruptcy petition. Therefore, the court finds that Lopez is without standing to bring the present wrongful foreclosure action. Accordingly, the court shall grant LSI's motion to dismiss.

IT IS THEREFORE ORDERED that defendant's motion to dismiss (Doc. #5) is GRANTED. Plaintiff's complaint (Doc. #1, Exhibit 2) is DISMISSED in its entirety.

IT IS SO ORDERED.

DATED this 3rd day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE